UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNATHON FREYMUTH, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. C22-6006 RSM <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including March 29, 2023, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if feasible.

DATED this 27th day of February, 2023.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE ANSWER - 1